IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| JUANITA FAUX, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11-cv-00078-JEG -CFB |
| | ) | |
| v. | ) | Judge Gritzner |
| | ) | Magistrate Judge Bremer |
| FIRST CAPITAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS PURSUANT TO SETTLEMENT WITH PREJUDICE**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** July 11, 2011

| For Plaintiff, Juanita Faux | For Defendant, First Capital Corporation |
|---|---|
| /s David J. Steen | _(signature)_ |
| LARRY P. SMITH & ASSOCIATES, LTD. | |
| 205 North Michigan Avenue, 40th Floor | Rosenberg & Morse |
| Chicago, IL 60601 | 1010 Insurance Exchange Building |
| Telephone: (515) 724-3384 | 505 Fifth Ave. |
| Facsimile: (888) 418-1277 | Des Moines IA 50309 |
| E-Mail: dsteen@smithlaw.us | Telephone: (515) 243-7600 |
| | Facsimile: (515) 243-0583 |
| | E-mail: morse@rosenbergmorse.com |

1